# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stranch, Jane B. | Sixth Circuit Court of Appeals | 08/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

701 Broadway, Room 330
Nashville, TN 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | BF Partners |
| 2. | Co-Executor | Estate #1 |
| 3. | Co-Executor | Estate #2 |
| 4. | Partner | BL Partners |
| 5. | Co-Trustee | G-G Trust - No Ownership |
| 6. | Trustee | G-S Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Seigenthaler-Sutherland Cup Nat. First Amendment Moot Court | 03/22/2019 - 03/23/2019 | Washington, DC | Moot Court Competition | Transportation, lodging, food |
| 2. | NYU's Marden Moot Court Competition | 03/25/2019 - 03/26/2019 | New York, NY | Moot Court Competition | Transportation, lodging, food |
| 3. | Justice Donald Corbin Appellate Symposium | 03/28/2019 - 03/29/2019 | Fayetteville, AR | Symposium - Appellate Practice | Transportation, lodging, food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | M | T | | | | | |
| 2. CapStar Bank Account | A | Interest | L | T | | | | | |
| 3. UBS Financial Services, Inc. Accounts (H) | | | | | | | | | |
| 4. - UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 5. - American Funds Capital Income Builder Fund | D | Dividend | M | T | | | | | |
| 6. - Virtus Emerging Mkts Opportunities Fund | A | Dividend | K | T | | | | | |
| 7. - Virtus Multi-Sector Short-Term Bond Fund | A | Dividend | K | T | | | | | |
| 8. - First Eagle Global Fund Class A | E | Dividend | N | T | | | | | |
| 9. - Lincoln Life Deferred Income Annuity | | None | N | T | | | | | |
| 10. CapStar Financial Holdings, Inc. Stock (CSTR) | B | Dividend | M | T | | | | | |
| 11. John Hancock USA Pension Plan #2 (H) | | | | | | | | | |
| 12. - American Funds 2025 TD | | None | N | T | | | | | |
| 13. - American Funds 2035 TD | | None | N | T | | | | | |
| 14. - American Funds Capital Income Builder | | None | N | T | | | | | |
| 15. - Parnassus Core Equity Fund | | None | M | T | | | | | |
| 16. - Undiscovered Mgr Behavorial Value Fund | | None | M | T | | | | | |
| 17. John Hancock USA Pension Plan #4 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - Oppenheimer Developing Mkt Fund | None | | N | T | | | | | |
| 19. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 20. | | | | | Sold<br>(part) | 11/04/19 | K | | |
| 21.   - American Funds 2020 TD | None | | O | T | | | | | |
| 22. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 23.   - American Funds American Balanced Fund | None | | O | T | | | | | |
| 24. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 25. | | | | | Sold<br>(part) | 11/04/19 | J | | |
| 26.   - Undiscovered Mgr Behavioral Value Fund | None | | N | T | | | | | |
| 27. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 28. | | | | | Sold<br>(part) | 11/04/19 | J | | |
| 29.   - T. Rowe Price Sci & Tech Fund | None | | N | T | | | | | |
| 30. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 31. | | | | | Sold<br>(part) | 11/04/19 | K | | |
| 32.   BF Partners (H) | | | | | | | | | |
| 33.   - Pinnacle Bank Account | A | Interest | M | T | | | | | |
| 34.   - Investment Property, Nashville, TN<br>(Appraisal 4/09) | None | | P1 | Q | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northwestern Mutual: Whole Life Policy | C | Dividend | M | T | | | | | |
| 36. Pinnacle Bank Accounts | B | Interest | N | T | | | | | |
| 37. Estate #1 (H) | | | | | | | | | |
| 38. - UBS Bank USA Bus. Acct. | | None | | | Distributed | 04/08/19 | J | | |
| 39. -CapStar Financial Holdings, Inc. Stock (X) | | None | | | Distributed | 02/04/19 | L | | |
| 40. -Metlife Stock (X) | | None | | | Sold | 03/13/19 | J | | |
| 41. IRA #3 (H) | | | | | | | | | |
| 42. - Delaware Value Fund Institutional Class I | A | Dividend | K | T | | | | | |
| 43. - RMB Mendon Financial Services Fund Class A | A | Dividend | J | T | | | | | |
| 44. - First Eagle Global Funds Class I | A | Dividend | K | T | | | | | |
| 45. | | | | | Sold (part) | 01/28/19 | J | A | |
| 46. | | | | | Sold (part) | 02/06/19 | J | A | |
| 47. | | | | | Sold (part) | 06/04/19 | J | A | |
| 48. | | | | | Sold (part) | 07/10/19 | J | A | |
| 49. | | | | | Sold (part) | 11/25/19 | J | A | |
| 50. - The Income Fund of America Fund Class F2 | A | Dividend | K | T | | | | | |
| 51. | | | | | Sold (part) | 01/28/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 02/06/19 | J | A | |
| 53. | | | | | Sold<br>(part) | 06/04/19 | J | A | |
| 54. | | | | | Sold<br>(part) | 07/10/19 | J | A | |
| 55. | | | | | Sold<br>(part) | 11/25/19 | J | A | |
| 56.   - Loomis Sayles Global Equity and Income Fund CL Y | A | Dividend | K | T | | | | | |
| 57. | | | | | Sold<br>(part) | 02/06/19 | J | A | |
| 58. | | | | | Sold<br>(part) | 06/04/19 | J | A | |
| 59. | | | | | Sold<br>(part) | 07/10/19 | J | A | |
| 60. | | | | | Sold<br>(part) | 11/25/19 | J | A | |
| 61.   - Thornburg Income Builder CL I | A | Dividend | K | T | | | | | |
| 62. | | | | | Sold<br>(part) | 02/06/19 | J | A | |
| 63. | | | | | Sold<br>(part) | 06/04/19 | J | A | |
| 64. | | | | | Sold<br>(part) | 07/10/19 | J | A | |
| 65. | | | | | Sold<br>(part) | 11/25/19 | J | A | |
| 66.   - Victory Trivalent Int'l Sm Cap | A | Dividend | J | T | | | | | |
| 67.   - Alpha Centric Inc. Opport Fund Class A | B | Dividend | K | T | | | | | |
| 68.   - UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -Pimco Income Fund Class 12 | A | Dividend | J | T | | | | | |
| 70.   -Virtus Small Cap Class 1 | A | Dividend | J | T | | | | | |
| 71.   Blackrock Health Sciences Fund Institutional Class | A | Dividend | J | T | Buy | 02/05/19 | J | | |
| 72. | | | | | Buy (add'l) | 11/22/19 | J | | |
| 73.   Cohen & Steers Real Est Sec Fund | A | Dividend | J | T | Buy | 06/03/19 | J | | |
| 74.   IRA #4 (H) | | | | | | | | | |
| 75.   - Delaware Value Fund Institutional Class I | A | Dividend | J | T | | | | | |
| 76.   - RMB Mendon Financial Services Fund Class A | A | Dividend | J | T | | | | | |
| 77.   - First Eagle Global Funds Class I | A | Dividend | J | T | | | | | |
| 78. | | | | | Sold (part) | 02/06/19 | J | A | |
| 79. | | | | | Sold (part) | 06/04/19 | J | A | |
| 80. | | | | | Sold (part) | 11/25/19 | J | A | |
| 81.   - The Income Fund of America Fund Class F2 | A | Dividend | J | T | | | | | |
| 82. | | | | | Sold (part) | 02/09/19 | J | A | |
| 83. | | | | | Sold (part) | 06/04/19 | J | A | |
| 84. | | | | | Sold (part) | 11/25/19 | J | A | |
| 85.   - Loomis Sayles Global Allocation Fund Class Y | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 02/06/19 | J | A | |
| 87. | | | | | Sold<br>(part) | 06/04/19 | J | A | |
| 88.   - Thornburg Income Builder Class I | A | Dividend | J | T | | | | | |
| 89. | | | | | Sold<br>(part) | 02/06/19 | J | A | |
| 90. | | | | | Sold<br>(part) | 06/04/19 | J | A | |
| 91. | | | | | Sold<br>(part) | 11/25/19 | J | A | |
| 92.   -Victory Trivalent Int'l Small Cap Fund<br>Class Y | A | Dividend | J | T | | | | | |
| 93.   -UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 94.   -Pimco Income Fund Class 12 | A | Dividend | J | T | | | | | |
| 95.   -Alpha Cenetric Inc. Opportunities Fund | A | Dividend | J | T | | | | | |
| 96.   -Virtus Kar Small Cap Core Fund | A | Dividend | J | T | | | | | |
| 97.   Blackrock Health Sciences Fund<br>Institutional Class | A | Dividend | J | T | Buy | 02/05/19 | J | | |
| 98. | | | | | Buy<br>(add'l) | 11/25/19 | J | | |
| 99.   Cohen & Steers Real Est Sec Fund | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 100.  Estate #2 (H) | | | | | | | | | |
| 101.  -Pinnacle Bank Account | | None | | | Closed | 04/08/19 | J | | |
| 102.  -Pinnacle Bank Account | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 104. -Synovus Financial Corp (X) | | None | | | Sold | 03/14/19 | J | | |
| 105. Trust #1 (H) G-S Trust | | | | | | | | | |
| 106. -UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 107. -AIG Focused Div Strategy Class W | B | Dividend | K | T | | | | | |
| 108. -Blackrock Health Sciences Fund Institutional Class | B | Dividend | K | T | | | | | |
| 109. | | | | | Sold (part) | 11/25/19 | J | A | |
| 110. -Touchstone Inv Mid Cap Class Y | B | Dividend | K | T | | | | | |
| 111. | | | | | Sold (part) | 11/25/19 | J | A | |
| 112. -Victory Trivalent Int'l Small Cap Fund Class Y | A | Dividend | K | T | | | | | |
| 113. -Alger Spectra Class Z | B | Dividend | K | T | | | | | |
| 114. -Alpha Centric Income Opport Class I | B | Dividend | K | T | | | | | |
| 115. -Nuveen Short Duration Hy Muni Bnd Class I | B | Dividend | K | T | | | | | |
| 116. | | | | | Sold (part) | 11/25/19 | J | A | |
| 117. -First Eagle Global Funds Class I (X) | B | Dividend | K | T | | | | | |
| 118. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 119. | | | | | Sold (part) | 11/25/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. -Janus Henderson Bal Class I | B | Dividend | K | T | | | | | |
| 121. | | | | | Sold<br>(part) | 06/04/19 | J | A | |
| 122. | | | | | Sold<br>(part) | 11/25/19 | J | A | |
| 123. -Loomis Sayles Global Allocation Fund<br>Class Y | B | Dividend | K | T | | | | | |
| 124. | | | | | Sold<br>(part) | 06/04/19 | J | A | |
| 125. | | | | | Sold<br>(part) | 11/25/19 | J | A | |
| 126. -Thornburg Income Builder Class I | B | Dividend | K | T | | | | | |
| 127. | | | | | Sold<br>(part) | 06/04/19 | J | A | |
| 128. | | | | | Sold<br>(part) | 11/25/19 | J | A | |
| 129. -8012 Nashville TN Appraisal 11-3-17 | | None | O | Q | | | | | |
| 130. -Land Nashville TN Appraisal 2-8-18 | | None | L | Q | | | | | |
| 131. -Rental property Nashville TN Appraisal<br>2-22-18 | E | Rent | M | Q | | | | | |
| 132. -24.75% owner BL Partners, Nashville, TN | C | Rent | O | W | | | | | |
| 133. -CapStar Financial Holdings, Inc. Stock (X) | A | Dividend | K | T | | | | | |
| 134. -Cohen & Steers Real Est Sec Fund | B | Dividend | K | T | Buy | 06/04/19 | K | | |
| 135. -BF Partners (X) 5.62% | A | Interest | L | W | | | | | |
| 136. College America 529 Cap Inc Bldr CIB A | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  BL Partners, Nashville, TN | A | Rent | J | W | | | | | |
| 138.  BP, Inc. Stock (X) | | None | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stranch, Jane B.** | 08/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All Part VII, references by line listed below:

1. Line 11, John Hancock USA Pension Plan #2 continuing through Line 16 contain units in a pooled investment account that is controlled by and held in the custody of John Hancock. No information is maintained at the participant level that applies to Column B of this report.

2. Line 17, John Hancock USA Pension Plan #4 continuing through Line 31 is for spouse and contain units in a pooled investment account that is controlled by and held in the custody of John Hancock. No information is maintained at the participant level that applies to Column B of this report.

3. Line 32, Branstetter Partners name has been updated to BF Partners. BF Partners assets are reported at total value as there are multiple beneficiaries.

Part I - Positions -

Line 1 - Partner, BF Partners. As per #3 above, Branstetter Partners name has been updated to BF Partners.

Line 5 - Co-Trustee G-G Trust - No Ownership. In accordance with page 31 of the filing instructions, assets of the trust are not required to be reported in Part VII as the filer and her spouse, who have no dependent children, did not receive income from the trust, have no beneficial interest in principal or income from the trust and were not involved in the creation of the trust.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ Jane B. Stranch**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544